UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Hector Barraza Vizcarra | ) | CASE NO.  21-00327-NGH |
| Patricia Rivera Echevarria | ) | |
| | ) | |

**ORDER APPROVING COMPROMISE, FEES TO SPECIAL COUNSEL, AND FOR TURNOVER OF PORTION OF THE PROCEEDS TO THE TRUSTEE FOR THE BENEFIT OF THE CREDITORS**
(docket no. 33)

This matter coming before the Court on the Trustee's motion to (1) settle and compromise a personal injury lawsuit between the Estate, the Debtors, American Family Insurance for Jeff Sharpe, and Debtors' automobile insurance company Farm Bureau Insurance for the sum of $50,000 from American Family Insurance and a sum no less than $62,273.69 from Farm Bureau; (2) approve fees and costs for special counsel in the amount of $37,485.85 plus one third of any additional recovery on the under insured motorist claim against Farm Bureau Insurance, and to pay medical and subrogation claims from the settlement proceeds totaling $22,739.69; and lastly, (3) for fifty percent of the net proceeds of the settlement in the amount of $26,024.07 plus one third of any additional recovery from the under insured motorist claim to be turned over to the trustee for distribution to the Debtor's creditors, and good cause appearing:

**IT IS HEREBY ORDERED** that the Trustee's motion to Approve the Compromise (docket no. 33) between the Estate, the Debtors, American Family Insurance for Jeff Sharpe, and Debtors' automobile insurance company Farm Bureau Insurance from a claim arising out of a motor vehicle accident occurring on September 5, 2019 in which Patricia Rivera Echevarria was struck by a vehicle driven by Jeff Sharpe for a sum of no less than $112,273.69 is hereby APPROVED.

**IT IS FURTHER ORDERED** that from the gross settlement proceeds of $112,273.69 Debtor's personal injury attorney, Nikki Ramirez-Smith shall pay the following medical expenses and subrogation claims totaling $22,739.69:

    A. The sum of $16,724.62 shall be paid to Blue Cross on their subrogation claim;

    B. The sum of $2905.07 to West Valley Medical Center;

    C. The sum of $300 to Rehab Authority in Caldwell;

    D. The sum of $1480 to Caldwell Physical Therapy; and

    E. The sum of $1330 to West Idaho Anesthesia LLP

**IT IS FURTHER ORDERED** that payment to Debtors' personal injury attorney, Nikki Ramirez-Smith of Ramirez-Smith Law in the amount of $37,485.85 for attorney fees and costs is hereby APPROVED. Said fees and costs, shall be paid to Debtor's personal injury attorney from the settlement proceeds. Of the remaining proceeds of $52,048.15 Ramirez-Smith Law shall turn over fifty percent ($26,024.08) to the Debtors and fifty percent ($26,024.07) to the Trustee within 14 days of the entry of this Order.

**IT IS FURTHER ORDERED** that Trustee will disburse the proceeds being paid into the plan to Debtors unsecured creditors upon confirmation of Debtors plan less trustee's fees.

**IT IS FURTHER ORDERED** that in the event that Nikki Ramirez-Smith receives any additional funds as a result of the under insured motorist claim that said funds will be divided one third to her Attorney's fees, one third to the Debtors, and one third to the Chapter 13 Trustee for the benefit of Debtors' creditors.

**IT IS FURTHER ORDERED** that in the event that Nikki Ramirez-Smith is able to reduce the amount of the subrogation claim resulting in additional net proceeds, then the additional funds will be divided equally between the Debtor and the bankruptcy estate for the benefit of Debtors' creditors//end of text//

DATED: October 12, 2021



NOAH G. HILLEN
U.S. Bankruptcy Judge

Submitted by:

/s/_____
Kathleen McCallister, Trustee

Approved as to form by:

/s/_____
Holly Sutherland for the Debtors